UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FABIAN MARTINEZ,<br><br>Defendant. | Case No. ED 10-186 M<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN DISTRICT OF CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on NATURE & CIRCUMSTANCES OF THE UNDERLYING OFFENSE

1

1  • HISTORY OF SUBSTANCE ABUSE / VIOL. OF PROB.
2  • INSUFFICIENT BAIL RESOURCES
3  and/or
4  B.   ( )   The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
7  finding is based on: _____
8  _____
9  _____
10 _____.

12     IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.

15 DATED: 7/29/10

                                                  /s/ David T. Bristow
                                            DAVID T. BRISTOW
                                            UNITED STATES MAGISTRATE JUDGE